Argued and submitted February 9, affirmed March 15, 2006

STATE OF OREGON,
*Respondent,*

*v.*

WILLIAM ERNEST BIRCHFIELD,
*Appellant.*

0212-54735; A123284

131 P3d 804

Garrett A. Richardson argued the cause and filed the brief for appellant.

Paul L. Smith, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Rosenblum, Judge.*

PER CURIAM

Affirmed. *State v. Hancock,* 317 Or 5, 854 P2d 926 (1993).

---

* Rosenblum, J., *vice* Richardson, S. J.